THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICK MARSICO and DENISE MARSICO, his wife** | : | CIVIL ACTION |
| vs | : | |
| | : | NO. 17-2631 |
| **AXIS INSURANCE COMPANY** | : | |
| and | : | |
| **YORK RISK SERVICES GROUP, INC.** | : | |

**AFFIDAVIT OF SERVICE**

I, Robert S. Miller, Esquire, attorney for plaintiff, in the above captioned matter, do hereby swear and affirm that a copy of the Complaint in the above matter was sent by Certified Mail, Return Receipt Requested, to defendant, Axis Insurance Company. Acceptance of said Complaint is evidenced by the attached Receipt dated June 29, 2017.

SWORN TO AND SUBSCRIBED BEFORE ME THIS 11 DAY OF July 2017.

C. Coraluzzi
NOTARY PUBLIC

CHRISTINE M. CORALUZZI
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES AUG. 19, 2018

WAPNER, NEWMAN, WIGRIZER, BRECHER & MILLER

BY:
Robert S. Miller
Attorney for Plaintiff

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70160910000040266105

Delivered

**Updated Delivery Day:** Thursday, June 29, 2017

## Product & Tracking Information

**See Available Actions**

**Postal Product:**

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **June 29, 2017, 6:47 am** | **Delivered, To Agent** | **BERKELEY HEIGHTS, NJ 07922** |

Your item has been delivered to an agent at 6:47 am on June 29, 2017 in BERKELEY HEIGHTS, NJ 07922.

| | | |
|---|---|---|
| June 29, 2017, 6:46 am | Arrived at Unit | BERKELEY HEIGHTS, NJ 07922 |
| June 28, 2017, 5:36 pm | Departed USPS Facility | JERSEY CITY, NJ 07097 |

**ROBERT S. MILLER, ESQUIRE**
2000 Market Street, Suite 2750
Philadelphia, PA 19103
millerr@wnwlaw.com

Main (215) 569-0900 Fax (215) 569-4621

June 7, 2017

Axis Insurance Company
300 Connell Drive
Berkeley Heights, NJ 07922

**RE:** **Marsico v. Axis Insurance Company]**
**US District Court for the Eastern District of Pennsylvania**
**Docket No.: 17-2631**

Dear Sir/Madam:

File Copy

Enclosed is a Civil Action which has been filed with the US District Court for the Eastern District of Pennsylvania. In accordance with the Pennsylvania Rules of Civil Procedure, I am sending you this Civil Action by Certified Mail, Return Receipt Requested.

Be advised, pursuant to the Pennsylvania Rules of Court, service has been effectuated upon you once you receive this Complaint. Accordingly, you have twenty one (21) days to answer or otherwise plead to the allegations of this Complaint. I strongly suggest you hire an attorney to defend you in this action.

[illegible] take no action in Pennsylvania, I will enter judgment against you. Accordingly, I suggest [illegible] either you or your attorney contact me.

7016 0910 0000 4026 6105

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*
For delivery information, visit our website at www.usps.com®.
OFFICIAL USE
Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $
Postmark Here
Sent To Axis
Street and Apt. No., or PO Box No.
City, State, ZIP+4®
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions